UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                              )
                                    )
                                    )
                                    )   CASE NO. 12-39355
BUESING BROTHERS, INC.              )
                                    )   CHAPTER 11
                                    )   Judge Timothy Barnes
Debtor.                             )   10/04/2012 @

## NOTICE OF MOTION

To:
    Patrick S. Layng, U.S. Trustee, via electronic notice
    Attorney Franklin, Internal Revenue Service, via facsimile: 312-368-8712
    Faith Dolgin, State of Illinois, via facsimile: 312-814-3589
    Aquila Johnson, U.S. Bank, via facsimile: 503-275-6973

    Please take notice that on October 4, 2012 at a.m. or as soon thereafter as counsel may be heard, I shall appear in the courtroom usually occupied by the Honorable Jacqueline P. Cox or whoever is presiding in said Judge's stead at the following address: 219 S. Dearborn, Room 642, Chicago, Illinois, and shall then and there appear and present the attached Motion for Entry of Interim Order Approving Use of Cash Collateral and to Set Hearing for Final Authorization to Use Cash Collateral on the above matter at which time you may appear if you so desire.

    /s/ Thomas W. Toolis
    By: Thomas W. Toolis

Thomas W. Toolis
Attorneys for Debtors
Jahnke, Sullivan & Toolis, LLC
9031 W. 151st Street, Ste 203
Orland Park, IL 60462
708-349-9333
6270743

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

OCT 0 3 2012

KENNETH S. GARDNER, CLERK
TEAM - C

## AFFIDAVIT OF SERVICE

    As an attorney, I certify under penalty of perjury that I mailed a copy of this notice (and the attached motion and order) to the above listed persons by depositing same in the U.S. Mail at a U.S. Post Office Box in Orland Park, IL on October 3, 2012, postage prepaid, addressed to the people listed above.

    /s/ Thomas W. Toolis
    Thomas W. Toolis

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

OCT 0 3 2012

KENNETH S. GARDNER, CLERK
TEAM - C

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                            )
                                  )
                                  )
                                  )   CASE NO.  12-39355
BUESING BROTHERS, INC.            )
                                  )   CHAPTER 11
         Debtor.                  )

## MOTION FOR ENTRY OF INTERIM ORDER APPROVING USE OF CASH COLLATERAL AND TO SET HEARING FOR FINAL AUTHORIZATION TO USE CASH COLLATERAL

NOW COMES, Buesing Brothers, Inc. ("Debtor"), Debtor in Possession, by and through its attorneys and hereby moves for the entry of an Order permitting use of cash collateral and for an emergency preliminary hearing, and, in support thereof, states as follows:

1. This case was commenced on **October 3, 2012** when the Debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code. No trustee has been appointed. The Debtor has continued to manage its business and assets and to administer the affairs of its estate as debtor in possession in accordance with 11 U.S.C §§ 1107 and 1108.

2. The Debtor is in the business of owning and operating a **plumbing contractor business.**

3. The collection **of moneys in the form of cash and checks from those who pay their invoices for services rendered by the debtor,** and constitute the Debtor's sole sources of income.

4. The Debtor has an immediate and continuing need to use the cash proceeds of the estate to pay the expenses of operating its facilities including, salaries, administrative and leasing costs, utilities, maintenance, purchase of inventory and insurance.

5. The Debtor proposes to use cash collateral as that term is defined in Sec. 363(a) of the United States Bankruptcy Code (the "Code") in the operation of its business. Such cash collateral arises from the collection of cash and accounts receivables generated prior to the filing of the petition.

6. At the time of filing, Debtor had accounts receivable valued at $223,596.79, per attached Exhibit A, Aged Accounts Receivable Statement.

7. The entities listed on the attached Exhibit D may have an interest in the cash collateral described above.

(a) **US Bank** loaned the debtor moneys in the amount of approximately **$95,300.00** and took a security interest in the amount of approximately **$95,300.00** secured by virtue of UCC-1 filed with the state of Illinois;

(b) The **Illinois Department of Revenue ("IDOR")** has a security interest in all the assets of the Debtor by way of a lien duly filed of which the amount is **$5,610.00** is still due and owing for taxes.

(c) The **Internal Revenue Service ("IRS")** has a security interest in all the assets of the Debtor by way of a lien duly filed of which the amount is **$175648.00** is still due and owing for taxes.

8. The debtor proposes to use cash collateral pursuant to Sec.363(a) of the Code in the ordinary operation of its business by collecting cash from the collection of rents generated by the leasing of its property. ***Debtor's Budget attached as Exhibit B.***

9. The Debtor has no source of income other than from the operation of its business.

10. If debtor is not permitted to use such proceeds it will have to close down its operations forthwith without paying its employees or making payments on its equipment. The debtor must have a hearing on this motion if a closing down of operations and the consequent harm to the estate are to be avoided. That harm would consist of the inability of the Debtor to pay for services necessary to keep its business running, and make payments on its equipment.

11. The respective interest of the secured creditors in cash collateral is adequately protected by the value of the assets in which there exists a security interest, the debtor's ongoing operation of its business, the Debtor's maintenance of hazard and liability insurance and payment of premiums thereon, the Debtor's performance of its duties to keep records and make reports pursuant to Bankruptcy Rule 2015, the Debtor's satisfaction of the U.S. Trustee's filing and reporting requirements, and the Debtor's compliance with all the provisions of the Code.

**WHEREFORE** the Debtor prays for the following:

1) That a preliminary hearing be held on this motion pursuant to Sec. 363(c)(3) of the Code and Rule 4001(b)(2) and (3) of the Bankruptcy Rules in order that immediate and irreparable harm to the estate may be avoided;

2) That the court set this Motion for a final hearing upon due notice pursuant to Sec. 363(c)(3) of the Code and Rule 4001(b)(2) and (3) of the Bankruptcy Rules;

3) That the Court authorize the Debtor to immediately and on an ongoing basis to use any and all of the cash proceeds of the Debtor to pay the ordinary expenses of operating the Debtor's business;

4) For such other and further relief as the Court sees fit to grant.

Respectfully submitted

By: ___/s/Thomas W. Toolis
Thomas W. Toolis

Thomas W. Toolis of
JAHNKE, SULLIVAN & TOOLIS, LLC
Firm #: 44138
9031 W. 151st Street, Suite 203
Orland Park, IL 60462
(708)349-9333
(708)349-8333 Facsimile
twt@jtlawllc.com

9/28/12 at 11:22:26.46                                                                                     Page: 1

# Buesing Brothers, Inc.
## Aged Receivables
### As of Sep 30, 2012

Filter Criteria includes: 1) Includes Drop Shipments. Report order is by ID. Report is printed in Detail Format.

| Customer ID<br>Customer<br>Bill To Contact<br>Telephone 1 | Invoice/CM # | 0-30 | 31-60 | 61-90 | Over 90 days | Amount Due |
|---|---|---|---|---|---|---|
| AQUAMIST<br>Aquamist<br>Rich Tabloff<br>(708) 895-1340 | 5181 | | | 4,250.00 | | 4,250.00 |
| **AQUAMIST**<br>**Aquamist** | | | | **4,250.00** | | **4,250.00** |
| BishopPlumbing<br>Bishop Plumbing, Inc.<br>847-824-5289 | 5162 | | | | 1,600.00 | 1,600.00 |
| **BishopPlumbing**<br>**Bishop Plumbing, Inc.** | | | | | **1,600.00** | **1,600.00** |
| BNSF<br>Trans Systems<br>Shelby Simpson<br>(817)334-4425 | 5220 | 3,923.52 | | | | 3,923.52 |
| **BNSF**<br>**Trans Systems** | | **3,923.52** | | | | **3,923.52** |
| CA RILEY<br>C. A. Riley Elect. Const. C<br>Charlotte<br>(847) 437-3851 | 4314<br>4314-07<br>5218 | 7,009.70 | | | -620.82<br>620.82 | -620.82<br>620.82<br>7,009.70 |
| **CA RILEY**<br>**C. A. Riley Elect. Const.** | | **7,009.70** | | | | **7,009.70** |
| CONTINENTAL<br>Continental Electrical Con<br>(630)228-0200 | 5190<br>5198<br>5212<br>5211<br>5214<br>5225 | 5,650.00<br>2,510.00<br>2,855.00<br>4,727.90<br>5,794.46<br>1,105.00 | 2,000.00 | | | 2,000.00<br>5,650.00<br>2,510.00<br>2,855.00<br>4,727.90<br>5,794.46<br>1,105.00 |
| **CONTINENTAL**<br>**Continental Electrical C** | | **22,642.36** | **2,000.00** | | | **24,642.36** |
| ELECONE<br>Electric One | 5205 | | | 5,614.00 | | 5,614.00 |

Exhibit A 1 of 4

9/28/12 at 11:22:26.49                                                                                              Page: 2

# Buesing Brothers, Inc.
## Aged Receivables
## As of Sep 30, 2012

Filter Criteria includes: 1) Includes Drop Shipments. Report order is by ID. Report is printed in Detail Format.

| Customer ID<br>Customer<br>Bill To Contact<br>Telephone 1 | Invoice/CM # | 0-30 | 31-60 | 61-90 | Over 90 days | Amount Due |
|---|---|---|---|---|---|---|
| Bob Blake<br>(708) 535-3001 | | | | | | |
| ELECONE<br>Electric One | | | | 5,614.00 | | 5,614.00 |
| KALISH<br>Kalish Electric, Co.<br>Tom Kalish<br>(847) 534-1267 | 503<br>3789<br>5219 | 8,965.86 | | | 31.98<br>-31.98 | 31.98<br>-31.98<br>8,965.86 |
| KALISH<br>Kalish Electric, Co. | | 8,965.86 | | | | 8,965.86 |
| Kellyelec<br>Kelly Electric Services, Inc | 5194 | 5,900.00 | | | | 5,900.00 |
| Kellyelec<br>Kelly Electric Services, I | | 5,900.00 | | | | 5,900.00 |
| Kenny<br>Kenny Construction co.<br>David A. Lesniak<br>847-541-8000 | 4966<br>FCA7`00001<br>FCC8`00001 | | | | 5,502.00<br>1,331.51<br>636.99 | 5,502.00<br>1,331.51<br>636.99 |
| Kenny<br>Kenny Construction co. | | | | | 7,470.50 | 7,470.50 |
| NED<br>City Of Naperville<br>Fernando ONeill<br>(630) 420-6111 | From OWP<br>4436<br>5196<br>5202<br>5206<br>5207<br>5209<br>5222<br><br>5226<br>5228<br>5230<br>5231<br>5232<br>5233 | <br><br>7,240.00<br>628.00<br>1,135.00<br>6,035.00<br>8,441.00<br>7,534.50<br>3,401.25<br>8,007.75<br>1,242.00<br>2,855.00<br>2,005.00<br>1,700.00<br>1,155.00 | | | -182.00<br>-99.00 | -182.00<br>-99.00<br>7,240.00<br>628.00<br>1,135.00<br>6,035.00<br>8,441.00<br>7,534.50<br>3,401.25<br>8,007.75<br>1,242.00<br>2,855.00<br>2,005.00<br>1,700.00<br>1,155.00 |
| NED<br>City Of Naperville | | 51,379.50 | | | -281.00 | 51,098.50 |

Exhibit A 2 of 4

9/28/12 at 11:22:26.50                                                                                                   Page: 3

# Buesing Brothers, Inc.
## Aged Receivables
### As of Sep 30, 2012

Filter Criteria includes: 1) Includes Drop Shipments. Report order is by ID. Report is printed in Detail Format.

| Customer ID<br>Customer<br>Bill To Contact<br>Telephone 1 | Invoice/CM # | 0-30 | 31-60 | 61-90 | Over 90 days | Amount Due |
|---|---|---|---|---|---|---|
| Phoenix<br>Phoneix Systems & Servic<br><br>630-860-9501 | 5224 | 5,708.00 | | | | 5,708.00 |
| **Phoenix**<br>**Phoneix Systems & Serv** | | **5,708.00** | | | | **5,708.00** |
| REGAN<br>Regan Electrical Compan<br>Mike Regan<br>(708) 386-0689 | 5185<br>5223 | 8,257.00 | 2,600.00 | | | 2,600.00<br>8,257.00 |
| **REGAN**<br>**Regan Electrical Compa** | | **8,257.00** | **2,600.00** | | | **10,857.00** |
| Schwabe<br>Peter Schwabe, Inc<br><br>262-662-5551 | 5169 | | | 315.00 | | 315.00 |
| **Schwabe**<br>**Peter Schwabe, Inc** | | | | **315.00** | | **315.00** |
| SKITCH<br>Skitch Electric Company<br>Tina Bartocci<br>(224)629-4100 | 5203<br>5213 | 7,466.00<br>1,800.00 | | | | 7,466.00<br>1,800.00 |
| **SKITCH**<br>**Skitch Electric Company** | | **9,266.00** | | | | **9,266.00** |
| UTILITY<br>Utility & Insustrial Constru<br>Dan Brochmann<br>708-430-4800 | 5189<br>5216<br>5234 | 47,242.00<br>4,224.00 | 1,420.80 | | | 1,420.80<br>47,242.00<br>4,224.00 |
| **UTILITY**<br>**Utility & Insustrial Const** | | **51,466.00** | **1,420.80** | | | **52,886.80** |
| VOLT | 5227 | 4,673.55 | | | | 4,673.55 |

Exhibit A 3 of 4

9/28/12 at 11:22:26.51                                                                                                      Page: 4

# Buesing Brothers, Inc.
## Aged Receivables
### As of Sep 30, 2012

Filter Criteria includes: 1) Includes Drop Shipments. Report order is by ID. Report is printed in Detail Format.

| Customer ID<br>Customer<br>Bill To Contact<br>Telephone 1 | Invoice/CM # | 0-30 | 31-60 | 61-90 | Over 90 days | Amount Due |
|---|---|---|---|---|---|---|
| Volt Electric Inc. | | | | | | |
| VOLT<br>Volt Electric Inc. | | 4,673.55 | | | | 4,673.55 |
| Webbele<br>Webb Electric Company o | 5229 | 19,415.00 | | | | 19,415.00 |
| 850-477-8181 | | | | | | |
| Webbele<br>Webb Electric Company | | 19,415.00 | | | | 19,415.00 |
| WEISS<br>Weiss Construction<br>Frank puchberger | FC54'00002 | | | | 1.00 | 1.00 |
| WEISS<br>Weiss Construction | | | | | 1.00 | 1.00 |
| Report Total | | 198,606.49 | 6,020.80 | 10,179.00 | 8,790.50 | 223,596.79 |

Exhibit A 4 of 4

## Cash Balance Worksheet

| Date | Month | Budget Oct | Budget Nov | Budget Dec |
|---|---|---|---|---|
| Income to be received | | 53,000 | 41,000 | 41,000 |
| Total | | 53,000 | 41,000 | 41,000 |
| **Disbursements** | | | | |
| Office Salaries | | 1,341 | 1,037 | 1,037 |
| Union Benefits | | 4,061 | 1,878 | 1,878 |
| Purchases | | 3,540 | 2,739 | 2,739 |
| Officer Wages | | 6,058 | 4,686 | 4,686 |
| Direct Labor | | 4,993 | 1,961 | 1,961 |
| Payroll Tax | | 2,327 | 1,800 | 1,800 |
| Bank Service Charge | | 42 | 33 | 33 |
| Legal and Accounting | | 1,272 | 984 | 984 |
| Insurance | | 4,017 | 3,108 | 3,108 |
| License and Tax | | 663 | 513 | 513 |
| Auto Expense | | 42 | 2,493 | 2,493 |
| Equipment Rental | | 170 | 131 | 131 |
| Office Supplies | | 164 | 127 | 127 |
| Postage | | 16 | 12 | 12 |
| Phone | | 482 | 373 | 373 |
| Small Tools & Repair | | 0 | 0 | 0 |
| Sub Contractors | | 562 | 435 | 435 |
| Utilities | | 286 | 221 | 221 |
| Repairs and Maintenence | | 572 | 443 | 443 |
| Advertising | | 217 | 168 | 168 |
| Dues & Subscriptions | | 0 | 0 | 0 |
| Entertainment | | 11 | 8 | 8 |
| Freight | | 90 | 70 | 70 |
| Rent | | 334 | 258 | 258 |
| Interest | | 371 | 287 | 287 |
| Supplies | | 11 | 8 | 8 |
| Total Disbursements | | 31,642 | 23,773 | 23,773 |
| Ending Cash | | 21,358 | 17,227 | 17,227 |

Exhibit B