## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | ) | Chapter 11 |
| Buesing Brothers, Inc. | ) | |
| | ) | Case No. 12-39355 |
| Debtor. | ) | |
| | ) | Honorable Timothy A. Barnes |
| | ) | |

### NOTICE OF ENTRY OF ORDER

TO:    SEE ATTACHED MAILING MATRIX

ON MARCH 26, 2013 AN ORDER APPROVING FINAL USE OF CASH COLLATERAL WAS ENTERED BY THE BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS.

DATED: April 3, 2013

### PROOF OF SERVICE

Under penalties of perjury as provided by law, the undersigned certifies that he served a copy of the above Notice and attached Order, upon the individuals on the attached Service List by enclosing a true and correct copy thereof in a duly addressed, postage prepaid envelope and depositing same in the U.S. mail at 9031 W. 151st Suite 203, Orland Park, IL at 5:00 p.m. on April 3, 2013.

By: /s/ Thomas W. Toolis
THOMAS W. TOOLIS
Firm Number: 6270743
Jahnke, Sullivan & Toolis, LLC
9031 W. 151st St, Suite 203
Orland Park, Illinois 60462
Attorneys for Debtor
(708) 349-9333 (telephone)
(708) 349-8333 (facsimile)

Acuity
280 S. Taylor Drive
Sheboygan, WI 53081

AETNA
PO Box 24005
Fresno, CA 93779-4005

Airgas USA LLC
6055 Rockside Woods Blvd N
Independence, OH 44131-2329

American Express
Box 0001
Los Angeles, CA 90096

Buesing Brothers, Inc.
10104 South Mandel
Plainfield, IL 60585-7102

Bank of America
PO BOX 15102
Wilmington, DE 19886-5102

Berglund Armstrong Mastny PC
1010 Jorie Blvd, Suite 370
Oak Brook, IL 60523

BP
PO Box 15325
Wilmington, DE 19886

City of Naperville
400 S. Eagle Street
P.O. Box 3020
Naperville, IL 60566-7020

Comcast
155 Industrial Drive
Elmhurst, IL 60126-1618

Comed
PO Box 6111
Carol Stream, IL 60197-6111

Exxon Mobil
Credit Card Center
PO Box 6404
Sioux Falls, SD 57117-6404

Feece Oil Company
1700 Hubbard Avenue
Batavia, IL 60510

Fox Valley Laborers
2400 Big Timber
Bldg B, Ste 206
Elgin, IL 60124

HSBC Buisness Solutions
PO Box 17698
Baltimore, MD 21297-1698

I.D.E.S. Northern Region
260 East Indian Trail Road
Aurora, IL 60505-1733

Illinois Department of Revenue
100 West Randolph St.
7-400
Chicago, IL 60601

Internal Revenue Service
Group 37 Stop 5337 WSB
2001 Butterfield Road
Downers Grove, IL 60515

International Operating Engineers
6150 Joliet Road
La Grange, IL 60525

Kohner Mann & Kailas
Washington Building Barnabas Cntr
4650 N. Port Washington Road
Milwaukee, WI 53212-1059

Menards/Naperville
715 Fort Hill Drive
Naperville, IL 60540

Michael Whelan
2860 River Road
Des Plaines, IL 60018

MJ Electrical Supply
31W377 Shoger Drive
Naperville, IL 60564

Mobil
PO Box 653072
Dallas, TX 76265

Napa Auto Parts
3099 US Hwy 34
Oswego, IL 60563

Nicor
1844 Ferry Road, 7W
Naperville, IL 60563-9600

Nicor
PO Box 585
Aurora, IL 60507-0585

Nicor
PO Box 5407
Carol Stream, IL 60197-5407

Owens
10025 Clow Creek Drive
Plainfield, IL 60585

Prairie Material
7601 W 79th Street
Bridgeview, IL 60455

Robert Alan Stramuk, Chartered
2056 Westings Avenue, Suite 160
Naperville, IL 60563

Roger Carlson
c/o Chris Carlson
10611 Mendel Rd N
Stillwater, MN 55082-8451

Shell Card Center
PO Box 689081
Des Moines, IA 50368-9081

Shell Oil / Citibank
P.O. Box 6003
Hagerstown, MD 21747

SmithAmundsen
150 North Michigan, Ste. 3300
Chicago, IL 60601

Sprint
PO Box 4181
Carol Stream, IL 60197-4181

The Horton Group, Inc
10320 Orland Pkwy
Orland Park, IL 60467-5658

US Bank
4455 Montgomery Road
Naperville, IL 60564

US Bank
PO Box 5229
Cincinnati, OH 45201-5229

US Bank
PO Box 790401
Saint Louis, MO 63179-0401

Utility Pipe Supply, Inc
PO Box 731
Woodstock, IL 60098-0731

West Side Exchange
Dept. #4570
PO Box 87618
Chicago, IL 60680-0618

Western National Insurance
5350 West 78th Street
Edina, MN 55439-3101

First Midwest Bancorp, Inc
c/o registered agent
United States Corporation Co
801 Adlai Stevenson Drive
Springfield, IL 62703

First Midwest Bancorp, Inc.
Attn: President Michael Scudder
One Pierce Place #1500
Itasca, IL 60143

US Bankruptcy Court
Eastern Division
219 S. Dearborn, 7th Floor
Chicago, IL 60604-1704

Illinois Department of Revenue
PO Box 64338
Chicago, IL 60664-0338

Patrick S. Layng
Office of the US Trustee, Region 11
219 S. Dearborn St, Room 873
Chicago, IL 60604-2027

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346