IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO: 12-39355 |
| BUESING BROTHERS, INC. | ) | |
| | ) | CHAPTER 11 |
| Debtor. | ) | |
| | ) | JUDGE TIMOTHY A. BARNES |
| | ) | |
| | ) | Hearing: November 26, 2013 at 10:00am |

## NOTICE OF MOTION

To:   Patrick S. Layng, U.S. Trustee, via electronic Notice
      All Creditors on the attached Service List

PLEASE TAKE NOTICE that on Tuesday, November 26, 2013 at 10:00 am, or soon thereafter as counsel may be heard, I shall appear before Judge Timothy A. Barnes in courtroom 613 at the Courthouse located at 219 S. Dearborn, Chicago, IL, and present the attached Motion by Debtor in Possession for Entry of Final Decress, a copy of which is hereby attached.

/s/Thomas W. Toolis
Thomas W. Toolis

JAHNKE, SULLIVAN & TOOLIS, LLC
Thomas W. Toolis (#6270743)
10075 W. Lincoln Hwy
Frankfort, IL 60423
Attorney for Debtor
(708) 349-9333

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath, deposes and states that (s)he served the above-listed document to the above listed party via email and/or U.S. Mail with proper postage prepaid by depositing said document in the mail located at 10075 W. Lincoln Hwy, Frankfort, IL 60423 on October 24, 2013.

/s/Thomas W. Toolis

Berglund Armstrong Mastny PC
1010 Jorie Blvd, Suite 370
Oak Brook, IL 60523

AETNA
PO Box 24005
Fresno, CA 93779-4005

Airgas USA LLC
6055 Rockside Woods Blvd N
Independence, OH 44131-2329

Exxon Mobil
Credit Card Center
PO Box 6404
Sioux Falls, SD 57117-6404

Feece Oil Company
1700 Hubbard Avenue
Batavia, IL 60510

Comcast
155 Industrial Drive
Elmhurst, IL 60126-1618

ComEd
PO Box 6111
Carol Stream, IL 60197-6111

Fox Valley Laborers
75 Remittance Drive, Suite 1504
Chicago, IL 60675-1504

HSBC Buisness Solutions
PO Box 17698
Baltimore, MD 21297-1698

I.D.E.S. Northern Region
260 East Indian Trail Road
Aurora, IL 60505-1733

Menards/Naperville
715 Fort Hill Drive
Naperville, IL 60540

Illinois Department of Revenue
100 West Randolph St.
7-400
Chicago, IL 60601

Owens
10025 Clow Creek Drive
Plainfield, IL 60585

Internal Revenue Service
Group 37 Stop 5337 WSB
2001 Butterfield Road
Downers Grove, IL 60515

International Operating Engineers
6150 Joliet Road
La Grange, IL 60525

Prairie Material
7601 W 79th Street
Bridgeview, IL 60455

Melinda S. Hensel
IUOE Local 150
6140 Joliet Road
Countryside, IL 60525

Mobil
PO Box 653072
Dallas, TX 76265

Utility Pipe Supply, Inc
PO Box 731
Woodstock, IL 60098-0731

Robert Alan Shramuk, Chartered
2056 Westings Avenue, Suite 160
Naperville, IL 60563

Roger Carlson
c/o Chris Carlson
10611 Mendel Rd N
Stillwater, MN 55082-8451

US Bank
4455 Montgomery Road
Naperville, IL 60564

Shell Card Center
PO Box 689081
Des Moines, IA 50368-9081

US Bank
PO Box 790401
Saint Louis, MO 63179-0401

Buesing Brothers Inc
2005 Albright Road
Montgomery, IL 60538

MJ Electrical Supply
31 W 377 Shoger Drive
Naperville, IL 60564

First Midwest Bancorp, Inc
One Pierce Plaza 1500
Itasca, IL 60143

US BANK, NA
CONSUMER FINANCE
205 W. FOURTH ST STE 500
CINCINNATI, OH 45202-4812

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

Acuity
c/o Kohner, Mann & Kailas, S.C.
4650 North Port Washington Road
Milwaukee, Wisconsin 53212-1077

American Express
Box 0001
Los Angeles, CA 90096-8000

American Express Bank, FSB
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

BP
PO Box 15325
Wilmington, DE 19886-5325

Bank of America
PO BOX 15102
Wilmington, DE 19886-5102

City of Naperville
400 S. Eagle Street
P.O. Box 3020
Naperville, IL 60566-7020

Fox Valley Laborers
2400 Big Timber
Bldg B, Ste 206
Elgin, IL 60124-7812

Fox Valley Laborers' Health & Welfare a
c/o Josiah Groff
8 S. Michigan Avenue, 19th Floor
Chicago, IL 60603-3357

Illinois Department of Employment Security
33 South State Street
Chicago, Illinois 60603-2808
Attn: Bankruptcy Unit - 10th flr.

(p)ILLINOIS DEPARTMENT OF REVENUE
P O BOX 64338
CHICAGO IL 60664-0338

Illinois Department of Revenue
Bankruptcy Section
PO Box 64338
Chicago, IL 60664-0338

Internal Revenue Service
PO Box 7346
Philadelphia, Pa 19101-7346

International Operating Engineers
6150 Joliet Road
La Grange, IL 60525-3956

Michael Whelan
2860 River Road
Des Plaines, IL 60018-6088

Midwest Operating Engineers Local 150 Appren
c/o Elizabeth LaRose, Institute for Work
6141 Joliet Road
Countryside, IL 60525

Nicor
1844 Ferry Road, 7W
Naperville, IL 60563-9600

Nicor
PO Box 585
Aurora, IL 60507-0585

Shell Oil / Citibank
P.O. Box 6003
Hagerstown, MD 21747

SmithAmundsen LLC
c/o William S. Hackney
150 North Michigan Avenue, Suite 3300
Chicago, Illinois 60601-6004

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

US Bank
SBLC/PD -OR-PL2/Jeanne Meehan
555 SW Oak Ste 220
Portland, OR 97204-1767

US Bank, NA c/o C. Randall Woolley
444 N. Michigan Avenue, Suite 3270
Chicago, IL 60611-3906

US Bank, NA c/o Thomas V. Askounis
Askounis & Darcy, PC
444 N. Michigan Avenue, Ste. 3270
Chicago, IL 60611-3906

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Illinois Department of Revenue
100 West Randolph St.
7-400
Chicago, IL 60601

US BANK N.A.
BANKRUPTCY DEPARTMENT
P.O. BOX 5229
CINCINNATI, OH 45201-5229

(d)US Bank
4455 Montgomery Road
Naperville, IL 60564

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Fox Valley Laborers' Pension and Welfar

(u)Mobil
PO Box 653072

(u)Roger Carlson

(u)bank

(u)Brian Murphy

End of Label Matrix
Mailable recipients    36
Bypassed recipients     5
Total                  41

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                         )
    Buesing Brothers, Inc.              )        CASE NO. 12-39355
        Debtor.                          )        CHAPTER 11
                                               )        Judge Timothy A. Barnes

### MOTION BY DEBTOR IN POSSESSION FOR ENTRY OF A FINAL DECREE

Now Comes Thomas W. Toolis of Jahnke & Toolis, LLC ("Counsel"), attorneys for Buesing Brothers, Inc., Debtor and Debtor In Possession, and, pursuant to §3002 of the Bankruptcy Code, request that this Court enter a Final Decree. In support hereof, Debtor in Possession respectfully represents as follows:

#### Background

1. On October 3, 2013, the Debtors commenced their respective reorganization cases by filing voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2. On September 24, 2013, the Court entered the Judgment Order Confirming the Plan (Docket No. 182). The Effective Date of the Plan was November 1, 2013.

3. On or about November 15, 2013, the Debtor in Possession made a distribution to holders of allowed general unsecured claims (Class 6), pursuant to the terms of the Plan. The Debtor in Possession has begun making payments pursuant to §4.1 (Class 1); §4.2 (Class 2); §4.3 (Class 3); §4.4 (Class 4); and §4.5 (Class 5) creditors.

4. The Debtor in Possession has determined that its obligation under the plan, other than making of payments, is complete.

#### Relief Requested

5. The Debtor in Possession respectfully requests that the Court close the Debtors' chapter 11 cases.

#### Final Decree

6. Bankruptcy Code Section 350(a) provides that the court shall close a case after the estate is fully administered and the court has discharged the trustee. 11 U.S.C. § 350(a). Bankruptcy Rule 3002, which provides the procedural guidelines for closing a chapter 11 case,

provides that "[a]fter an estate is fully administered…the court, on its own motion or on motion of a party in interest, shall enter a final decree closing the case." Further, Bankruptcy Code section 105 provides, in relevant part, that "[t]he court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of the title."

7. Factors that the Court should consider in determining whether an estate has been fully administered include (1) whether the order confirming the plan has become final, (2) whether deposits required by the plan have been distributed, (3) whether the property proposed by the plan to be transferred has been transferred, (4) whether the debtor or the successor of the debtor under the plan has assumed the business of the management of the property dealt with by the plan, (5) whether payments under the plan have commenced, and (6) whether all motions, contested matters, and adversary proceedings have been finally resolved. See generally Collier Bankruptcy Manual, 3d ed. rev. part §350.02[2].

8. Whether or not there is a possibility that the court's jurisdiction may be invoked in the future is not a basis to keep a case open, as a final decree closing the case after the estate is fully administered does not deprive the court of jurisdiction to enforce or interpret its own orders and does not prevent the court from reopening the case for cause pursuant to 11 U.S.C. § 350 (a) See Id.

9. The Confirmation Order was entered by the Court on September 24, 2013. No appeals have been filed. See Fed. R. Bankr. P. 8002(a).

10. The Debtor in Possession, having distributed payment to holders of Class 5 claims that are required to be made pursuant to the terms of the Plan and has otherwise concluded all other material administrative matters pertaining to the Debtors' estates. The remaining tasks are largely ministerial in nature, and should not require any involvement of the Court.

11. THE CLOSING OF THESE CASES WOULD BE WITHOUT PREJUDICE TO THE RIGHT OF ANY PARTY IN INTEREST TO SEEK TO REOPEN THESE CASES. SHOULD ANY CREDITOR OR THE PLAN ADMINISTRATOR DETERMINE THAT FURTHER INVOLVEMENT OF THIS COURT IS REQUIRED OR DESIRABLE THEN A MOTION TO REOPEN THESE CASES MAY BE FILED WITH THE COURT ANY TIME IN THE FUTURE.

WHEREFORE, the Debtor in Possession request that the Court enter an order substantially in the form attached hereto as Exhibit A (i) entering the final decree and (ii) granting such other and further relief as is just and proper.

Dated: October 24, 2013　　　　　　　　　　　Respectfully Submitted,

<u>/s/ Thomas W. Toolis</u>
Thomas W. Toolis

Thomas W. Toolis
Jahnke, Sullivan & Toolis, LLC
10075 West Lincoln Highway
Frankfort, Illinois 60423
708-349-9333
44138