UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 12-39355 |
| Buesing Brothers, Inc. ) | | |
| ) | Chapter: | 11 |
| ) | Honorable Timothy Barnes | |
| ) | | |
| ) | | |
| Debtor(s) ) | | |

## ORDER ON FINAL DECREE

THIS CAUSE COMING TO BE HEARD on the Debtors Motion for Final Decree, the Court having jurisdiction of the parties and the subject matter and being duly advised in the premises, due notice having been given to the parties entitled thereto,

IT IS HEREBY ORDERED:

A. Debtors Motion for Final Decree is hereby granted.

B. The Chapter 11 case of the Debtor is closed as the same has been substantially consummated in accordance with 11 USC Section 1101(2)(c).

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated: December 18, 2013

**Prepared by:**

Thomas W. Toolis of
Jahnke, Sullivan & Toolis, LLC
10075 W. Lincoln Highway
Frankfort, IL 60423
708-349-9333